STATE *vs.* JOHN TUCKER.

(*May* 9, 1927.)

RICE, J., sitting.

*James R. Morford*, Deputy Attorney-General, for the State.

*Henry R. Isaacs* for defendant.

Court of General Sessions for New Castle County, No. 37, May Term, 1927.

Rice, J. We sustain the objection as the certificate offered does not come within the provision of *section* 4229, *Rev. Code* 1915. The authorities in general sustain this conclusion and do not follow the Pennsylvania cases cited by the State. 3 *Wigmore on Evidence*, § 1678; 3 *Jones on Evidence* (*Blue Book*), pp. 514-587.